IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMES EDWARD CLEMENTS, JR,      *

        Plaintiff,                  *
v.                                        Case No. 5:24-cv-00304-MTT-CHW
                                         *

WARDEN JACOB BEASLEY
               Defendant.        *

_____     *

## J U D G M E N T

Pursuant to this Court's Order dated 9/4/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of September, 2025.

                                                David W. Bunt, Clerk

                                                s/ Erin Pettigrew, Deputy Clerk